JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NOAH (National Organization of Assistance for Homeowners), et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHASE HOME FINANCE, LLC, a California Foreign Corporation, Does 1 to 10, inclusive,<br><br>Defendants. | Case No. 10-CV-8822-CAS (PJWx)<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION TO DISMISS THIS ACTION IN ITS ENTIRETY WITHOUT PREJUDICE**<br><br>Courtroom 21<br>Hon. Cristina A. Snyder<br><br>Complaint Filed: November 17, 2010 |

| | |
|---|---|
| 1 | Plaintiffs NOAH (National Organization of Assistance for |
| 2 | Homeowners), a division of Financial Wellness for Homeowners of Ventura County |
| 3 | Corp., a California Non-Profit Homeowners Association Corporations with chapters |
| 4 | NOAH-CONTRA COSTA, NOAH-NORTHERN CALIFORNIA, NOAH- |
| 5 | ALAMEDA, NOAH-FRESNO, NOAH-SAN FERNANDO, NOAH-BURBANK, |
| 6 | NOAH-LONG BEACH, NOAH-KOREAN TOWN, NOAH-SAN DIEGO, with |
| 7 | Individual Members PEDRO V. AGUILAR and MARIA E. ALONZO, BILL |
| 8 | SULLIVAN, JOE ARELLANO, IRSHAAD BHATTY, NELIA BLANCO and |
| 9 | MARIO BLANCO, MARIA BONILLA, JOSEPHINE BUENSUCESO, |
| 10 | SEGUNDO CRISTOBAL and ROWENA NAVARRO, JAMES HUNT JR., |
| 11 | DINAH CRUZ, EMMANUEL DAVID, ARNEL DE GUZMAN, IRENEO |
| 12 | DEYPALAN, DELIA FAFORD, URBANA FOOTE and GLEN FOOTE, |
| 13 | MARYANN FRANCIA and GIDOMER FRANCIA, JOSE GARAVITO, PETER |
| 14 | A. MACIEL, RAMON GONZALEZ, PAULINE GUTIERREZ, MICHELLE HA, |
| 15 | TAM NGO, HUONG NGUYEN, THUY LE HUYNH, NORA KUPEL, JOSE |
| 16 | HENRIQUEZ, VANNA LEN, TONYA LANGSHAW, WILFREDO LAWAS and |
| 17 | IMELDA LAWAS, NINA NGUYEN, MARY LE, QUY K. NGUYEN, THOMAS |
| 18 | NGUYEN and CLARA NGUYEN, PABLO OCAMPO and MARGIE OCAMPO, |
| 19 | IRMA MADERA and ESTER MADERA, ISMAEL MADERA and JOSIE |
| 20 | MADERA, THAI MAI and THIEN PHAM, ANTONIO MADERA, PRECIOSA |
| 21 | MANEZ, LEONILA PONO and MERELO PONO, RAUL MORENO and |
| 22 | JOSEFINA MORENO, ROBERT NEELEY, VUONG DO and THU NGUYEN, |
| 23 | MATTHEW DIVINA and FELY DIVINA, KEVIN NGUYEN and LYN |
| 24 | NGUYEN, JOSEPHINE CASTANAR, DESI DAVIS, DINAH CRUZ, THANG |
| 25 | NGUYEN, BILL SULLIVAN, MARK GIULIANO, TUAN NGUYEN, ROBERT |
| 26 | EDGREN, RODITHA CAMACHO, MAGDALENA ASUNCION and ANTONIO |
| 27 | ASUNCION, JUAN PAN, TIEN PHAM, KUN XIONG CHEN, HALENA DO, |
| 28 | RIGOBERTO PULIDO, JUAN SANTIAGO, MADRELYN SANTOS, MARK |

-2-

1  SMITH and CINDY LOU, LUIS OROZCO-BLANCO, REVINSON ALIM and
2  JENNY ALIM, JULIE TABIEZA, JASVEER TAKHAR, MARIETTA TAN,
3  VIVIAN TRAN, EDDY VILLANUEZA and CECILIA VILLANUEVA, ARNEL
4  DELA CRUZ; ART ESTORCO; on behalf of themselves and all others similarly
5  situated ("Plaintiffs"), and Defendant CHASE HOME FINANCE, LLC ("Chase"),
6  through their counsel of record, have stipulated to dismiss this action in its entirety,
7  as to all causes of action, without prejudice.  The parties have also stipulated that
8  each party shall bear its own legal fees and costs.  The parties have agreed to this
9  dismissal without the exchange of any consideration, other than a mutual waiver of
10  fees and costs.  In particular, Chase has not provided any payments or any other
11  thing of benefit to the named Plaintiffs.

13  Upon considering the stipulation of the parties, the Court dismisses this
14  action in its entirety, as to all causes of action, without prejudice.  Each party will
15  bear its own legal fees and costs.

17  IT IS SO ORDERED.

19  Dated: January 12, 2011

*[signature: Christina A. Snyder]*
HON. CRISTINA A. SNYDER
JUDGE OF THE U.S. DISTRICT COURT